UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    *Plaintiff*,<br><br>v.<br><br>TYRIQ MARTIN,<br>    *Defendant*. | )<br>)<br>)   3:22-cr-144-1 (OAW)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER DENYING SENTENCE REDUCTION

Defendant Tyriq Martin moves this court to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2). Mot. to Reduce Sentence 1, ECF No. 49 ("Mot. to Reduce"). The court has reviewed the Motion and the record in this case. For the reasons discussed herein, the motion is **DENIED as MOOT.**

On January 9, 2023, Mr. Martin pleaded guilty to Unlawful Possession of Ammunition by a Felon in violation of 18 U.S.C. 922 Section (g)(1). Plea Agreement 1, ECF No. 30. He was sentenced to 15 months in prison, followed by 36 months of supervised release, *see* Judgment 1, ECF No. 44, to run concurrent with a state court sentence of 10 years in prison, suspended after serving 3 years, followed by 5 years of a conditional discharge[1], *see* Defendant's Sentencing Memo 1 n.1, ECF No. 39; *see also* Criminal/Motor Vehicle Conviction Case Detail, Connecticut Judicial Branch Website, https://www.jud2.ct.gov/crdockets/CaseDetailDisp.aspx?source=Pending&Key=04a4bf6c-e822-49b5-9ece-813a09681fd0[2] (last visited Mar. 12, 2025).

---

[1] A "conditional discharge" is a type of supervision without any required reporting to any officer or agent.
[2] This sentence was in docket number N23N-CR22-0241797-S, as to a conviction for Criminal Possession of a Firearm or Ammunition. That same day (Apr. 26, 2023), Mr. Martin received a 3-year prison sentence for Violation of Probation, where his underlying conviction was for Conspiracy to Commit Assault in the 1st Degree in docket number NNH -CR20-0227192-T. See https://www.jud2.ct.gov/

1

Section 3582 of Title 18 of the United States Code implements Amendment 821, Part A, to the United States Sentencing Guidelines ("the Guidelines"), lowering the Guidelines range applicable to Mr. Martin from a range of 15 to 21 months down to a range of 12 to 18 months. *See* Mot. to Reduce at 3–4. Because Amendment 821 is retroactive, Mr. Martin sought to reduce his term of imprisonment to 13 months. *Id.*

At this time, reducing Mr. Martin's sentence from 15 months to 13 months would have no effect on his term of imprisonment, as he already served his 15-month term of incarceration. *See* U.S. Probation Office Report on Violation of Supervised Release 3, ECF No. 59. Mr. Martin was sentenced on April 28, 2023, and he was incarcerated until July 23, 2024, when he commenced his supervised release. *Id.*

Furthermore, even if the court had granted this motion before Mr. Martin had completed his federal prison sentence, Mr. Martin would have remained in custody on his longer, three-year state sentence.[3] Mr. Martin acknowledged this much in his filing. *See* Mot. to Reduce at 4 ("[N]o reduction will allow an immediate release of Mr. Martin because of the longer state sentence he is serving").

---

crdockets/CaseDetailDisp.aspx?source=Pending&Key=d5ccb3af-fc51-4795-afbf-054b3fc1eca5 (last visited Mar. 12, 2025).

[3] Notably, just three months after Mr. Martin's early release from that state prison sentence onto parole, he was remanded to state custody on a parole violation (and later, for violating his supervised release) because he left his approved residence, cut off his state-issued electronic monitor, and avoided supervision by (State) Parole and by the United States Probation Office. Amended Report on Violation of Supervised Release 2, ECF No. 66. For violating his federal supervised release, the undersigned revoked Mr. Martin's release and sentenced him to 24 months in federal prison, to be followed by 12 months of supervised release. Violation Proceeding Minutes 1, ECF No. 69. Simultaneously, he is serving out the remainder of his state sentence, which is set to expire on March 29. *See* Inmate Information, CT Department of Correction, *available at* http://www.ctinmateinfo.state.ct.us/detailsupv.asp?id_inmt_num=434275 (last visited Mar. 12, 2025).

As reducing Mr. Martin's federal prison sentence from 15 months to 13 months would have had no effect on his term of incarceration, it is **ORDERED AND ADJUDGED** that the Motion is **DENIED** as **MOOT**.

**IT IS SO ORDERED** in Hartford, Connecticut, this 13th day of March, 2025.

/s/
OMAR A. WILLIAMS
UNITED STATES DISTRICT JUDGE